IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD E. WALTON,

      Plaintiff,                     No. CIV S-10-2608 EFB P

      vs.

C. FREY, et al.,

      Defendants.                ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 1, 2011, plaintiff filed a "First Amended Prisoner Civil Rights Complaint." Dckt. No. 14. This action currently proceeds on the complaint filed on September 24, 2010. If plaintiff wishes to file an amended complaint, he must file a motion to amend his complaint pursuant to Fed. R. Civ. P. 15. In addition, he must submit a copy of the proposed amended complaint. *See* Local Rule 220. The proposed amended complaint must be complete within itself without reference to any prior pleading. *Id.* Accordingly, plaintiff's July 1, 2011 will be disregarded.

      So ordered.

Dated: November 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE